■ Soledad Domingez et al., Respondents, and Elsia Vasquez, Appellant, v Ilan Zinnar et al., Defendants, et al., Intervenors. [11 NYS3d 484]—Order, Supreme Court, New York County (Joan A. Madden, J.), entered on or about March 25, 2014, which, to the extent appealed from, granted plaintiffs-respondents' counsel's motion to confirm a referee's report setting a charging lien in favor of counsel, and denied plaintiff

Vasquez's cross motion for renewal and reconsideration of counsel's prior motion for a charging lien, unanimously affirmed with respect to counsel's motion, and the appeal therefrom otherwise dismissed, without costs.

Vasquez's cross motion seeking renewal and reconsideration is deemed a motion to reargue, since Vasquez did not point to any new fact that would change the prior determination (*see Pullman v Silverman*, 125 AD3d 562, 563 [1st Dept 2015]). Therefore, the denial of Vasquez's cross motion is not appealable (*id.*).

The motion court providently exercised its discretion in confirming the Referee's report, as the report is supported by the record (*Those Certain Underwriters at Lloyds, London v Occidental Gems, Inc.*, 11 NY3d 843, 845 [2008]). Concur—Gonzalez, P.J., Sweeny, Renwick, Saxe and Feinman, JJ.